UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDY SENCHUK,
    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,
    Defendants.

Case No. 1:17-cv-14217-SJM-PTM
Hon. Stephen J. Murphy, III
Magistrate Judge Patricia T. Morris

_____

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equifax Information Services, LLC, with prejudice, no later than April 23, 2018.

Respectfully submitted,

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
Credit Repair Lawyers of America
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@crlam.com

March 12, 2018

## **PROOF OF SERVICE**

I, Amber Gingiloski, hereby state that on March 12, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

/s/ Amber Gingiloski